■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTHER BENJAMIN, Appellant. [601 NYS2d 808] —Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Buchter, J.), imposed December 17, 1990.

Ordered that the sentence is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Kazepis,* 101 AD2d 816). Mangano, P. J., Bracken, Ritter, Copertino and Santucci, JJ., concur.